IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-02743-REB-BNB

JOSH DEHERRERA,

Plaintiff,

v.

JAMES CHAVEZ,

Defendant.

_____

## ORDER
_____

I am informed that this case has been resolved.  Accordingly,

IT IS ORDERED that on or before **April 28, 2011**, the parties shall file a stipulation of or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated April 14, 2011.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge