**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-02743-REB-BNB

JOSH DEHERRERA,

    Plaintiff,

v.

JAMES CHAVEZ,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulated Motion To Dismiss** [#23] filed May 10, 2011.  After reviewing the motion and the file, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion To Dismiss** [#23] filed May 10, 2011, is **GRANTED**; and

2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated May 10, 2011, at Denver, Colorado.

          **BY THE COURT:**

          */s/ Robert E. Blackburn*
          Robert E. Blackburn
          United States District Judge